[No. 61021-0-I. Division One. October 13, 2008.]

DIRK YOW, *Respondent*, v. THE DEPARTMENT OF HEALTH UNLICENSED PRACTICE PROGRAM, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 07-2-02554-5, Charles W. Mertel, J., entered November 15, 2007. *Affirmed in part, reversed in part*, and *remanded* by unpublished opinion per Cox, J., concurred in by Becker and Ellington, JJ. Now published at 147 Wn. App. 807.

[No. 61128-3-I. Division One. October 13, 2008.]

SHANNON DODD, *Appellant*, v. VIRGIL BECKER, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 06-2-40693-1, Mary Yu, J., entered December 21, 2007. *Affirmed* by unpublished opinion per Lau, J., concurred in by Dwyer, A.C.J., and Cox, J.